1   John T. Steffen (4390)
2   Richard L. Doxey (9005)
    HUTCHISON & STEFFEN, LLC
3   Peccole Professional Park
    10080 West Alta Drive, Suite 200
4   Las Vegas, NV 89145
    Tel:    (702) 385-2500
5   Fax:    (702) 385-2086
    jsteffen@hutchlegal.com
6   rdoxey@hutchlegal.com
    Attorney for Defendant
7   Maverick Valley Properties, LLC

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10  DIANA CECILIA HAYES;                        )   CASE NO.:   2:11-cv-01503-GMN-LRL
                                                )
11              Plaintiff(s),                   )
                                                )   **STIPULATION DISMISSING**
12  v.                                          )   **MAVERICK VALLEY**
                                                )   **PROPERTIES LLC AND**
13  BANK OF AMERCIA CORPORATION;                )   **MAVERICK VALLEY**
    BANK OF AMERICA, NATIONAL                   )   **PROPERTIES LLC'S**
14  ASSOCIATION; BAC HOME LONAS                 )   **COUNTERCLAIM AND CROSS**
    SERVICES, LP; MTC FINANCIAL INC.            )   **CLAIMS**
15  d/b/a TRUSTEE CORPS; MAVERICK               )
    VALLEY PROPERTIES LLC                       )
16                                              )   **AND ORDER**
                Defendant(s).                   )
17  _____    )

18      Maverick Valley Properties, LLC,  Bank of America Corporation, Bank of America,

19  N.A, for itself and as successor by merger to BAC Home Loans Servicing, LP (collectively

20  "Bank of America") and Diana Cecilia Hayes stipulate as follows:

21          1.      Diana Cecilia Hayes' claims against Maverick Valley Properties, LLC shall be

22      dismissed with prejudice, with each party bearing their own fees and costs.

23          2.      Maverick Valley Properties, LLC's claims against Diana Cecilia Hayes  shall be

24      dismissed with prejudice, with each party bearing their own fees and costs.

25                                  ////

26                                  ////

27                                  ////

28                                  ////

HUTCHISON & STEFFEN
A PROFESSIONAL LLC
PECCOLE PROFESSIONAL PARK
10080 WEST ALTA DRIVE, SUITE 200
LAS VEGAS, NV 89145

3.     Maverick Valley Properties, LLC's cross claims against Bank of America shall be dismissed without prejudice, with each party bearing their own fees and costs.

HUTCHISON & STEFFEN, LLC

/s/ Richard L. Doxey
Michael K. Wall (2098)
Richard L. Doxey (9005)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorneys for Defendant*
*Maverick Valley Properties, LLC*

AKERMAN SENTERFITT, LLP

/s/ Jacob D. Bundick
Ariel E. Stern (8276)
Jacob D. Bundick (9772)
1160 Town Center Dr., Suite 330
Las Vegas, Nevada 89144

*Attorneys for Bank of America*
*Corporation and Bank of America, N.A.*
*for itself and as successor by merger to*
*BAC Home Loans Servicing, LP.*

CALLISTER & ASSOCIATES

/s/ Mitchell Bisson
Matthew Callister (1396)
Mitchell Bisson (11920)
823 S. Las Vegas Blvd., Suite
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

## ORDER

**IT IS HEREBY ORDERED** that Diana Cecilia Hayes' claims against Maverick Valley Properties, LLC are **DISMISSED with prejudice**, with each party to bear their own fees and costs.

**IT IS FURTHER ORDERED** that Maverick Valley Properties, LLC's claims against Diana Cecilia Hayes are **DISMISSED with prejudice**, with each party to bear their own fees and costs.

**IT IS FURTHER ORDERED** that Maverick Valley Properties, LLC's cross-claims against Bank of America are **DISMISSED with prejudice**, with each party to bear their own fees and costs.

**IT IS FURTHER ORDERED** that Defendants Bank of America Corporation and Bank of America, N.A.'s Motion to Dismiss [47] filed on January 17, 2012, is hereby **DENIED as moot**.

**DATED** this 5th day of March, 2012.

- 2 -

Gloria M. Navarro
United States District Judge