1  John T. Steffen (4390)
   Richard L. Doxey (9005)
2  HUTCHISON & STEFFEN, LLC
   Peccole Professional Park
3  10080 West Alta Drive, Suite 200
   Las Vegas, NV 89145
4  Tel:   (702) 385-2500
   Fax:   (702) 385-2086
5  jsteffen@hutchlegal.com
   rdoxey@hutchlegal.com
6  Attorney for Defendant
   Maverick Valley Properties, LLC

7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANA CECILIA HAYES; | CASE NO.:   2:11-cv-01503-GMN-LRL |
| Plaintiff(s), | |
| v. | **STIPULATION DISMISSING MAVERICK VALLEY PROPERTIES LLC AND MAVERICK VALLEY PROPERTIES LLC'S COUNTERCLAIM AND CROSS CLAIMS** |
| BANK OF AMERCIA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; BAC HOME LONAS SERVICES, LP; MTC FINANCIAL INC. d/b/a TRUSTEE CORPS; MAVERICK VALLEY PROPERTIES LLC | |
| Defendant(s). | **AND ORDER** |

Maverick Valley Properties, LLC, Bank of America Corporation, Bank of America, N.A, for itself and as successor by merger to BAC Home Loans Servicing, LP (collectively "Bank of America") and Diana Cecilia Hayes stipulate as follows:

1. Diana Cecilia Hayes' claims against Maverick Valley Properties, LLC shall be dismissed with prejudice, with each party bearing their own fees and costs.

2. Maverick Valley Properties, LLC's claims against Diana Cecilia Hayes shall be dismissed with prejudice, with each party bearing their own fees and costs.

////

////

////

////

3. Maverick Valley Properties, LLC's cross claims against Bank of America shall be dismissed without prejudice, with each party bearing their own fees and costs.

| HUTCHISON & STEFFEN, LLC | AKERMAN SENTERFITT, LLP |
|---|---|
| /s/ Richard L. Doxey<br>Michael K. Wall (2098)<br>Richard L. Doxey (9005)<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, Nevada 89145<br>*Attorneys for Defendant*<br>*Maverick Valley Properties, LLC* | /s/ Jacob D. Bundick<br>Ariel E. Stern (8276)<br>Jacob D. Bundick (9772)<br>1160 Town Center Dr., Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Bank of America*<br>*Corporation and Bank of America, N.A.*<br>*for itself and as successor by merger to*<br>*BAC Home Loans Servicing, LP.* |

CALLISTER & ASSOCIATES

/s/ Mitchell Bisson
Matthew Callister (1396)
Mitchell Bisson (11920)
823 S. Las Vegas Blvd., Suite
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

## ORDER

**IT IS HEREBY ORDERED** that Diana Cecilia Hayes' claims against Maverick Valley Properties, LLC are **DISMISSED with prejudice**, with each party to bear their own fees and costs.

**IT IS FURTHER ORDERED** that Maverick Valley Properties, LLC's claims against Diana Cecilia Hayes are **DISMISSED with prejudice**, with each party to bear their own fees and costs.

**IT IS FURTHER ORDERED** that Maverick Valley Properties, LLC's cross-claims against Bank of America are **DISMISSED with prejudice**, with each party to bear their own fees and costs.

**IT IS FURTHER ORDERED** that Defendants Bank of America Corporation and Bank of America, N.A.'s Motion to Dismiss [47] filed on January 17, 2012, is hereby **DENIED as moot**.

**DATED** this 5th day of March, 2012.

- 2 -

Gloria M. Navarro
United States District Judge