## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANA CECILIA HAYES, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BANK OF AMERICA CORPORATION, et al., ) <br> ) <br> Defendants. ) <br> _____) | Case No. 2:11-cv-01503-GMN-GWF <br><br> **ORDER** <br><br> Motion to Withdraw as Counsel <br> of Record (#49) |

This matter comes before the Court on Callister + Associates, LLC's Motion to Withdraw as Attorney of Record for Plaintiff Diana Cecilia Hayes (#49), filed on January 24, 2012, and Plaintiff's Opposition to Motion to Withdraw (#55), filed on February 6, 2012. The Court conducted hearings on this matter on February 8, 2012 and March 8, 2012. The Court finds the movant has substantially established good cause for withdraw. The Court therefore grants Callister + Associates, LLC's request. Accordingly,

**IT IS HEREBY ORDERED** that Callister + Associates, LLC's Motion to Withdraw as Attorney of Record for Plaintiff Diana Cecilia Hayes (#49) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Diana Cecilia Hayes to the civil docket:

**Diana Cecilia Hayes**
1740 Sand Storm Dr.
Henderson, Nevada 89074

. . .

. . .

. . .

1 **IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Diana Cecilia Hayes
with a copy of this order at her last known addresses listed above.

DATED this 8th day of March , 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge