# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANA CECILIA HAYES, | |
|     Plaintiff, | Case No. 2:11-cv-01503-GMN-GWF |
| vs. | **ORDER** |
| BANK OF AMERICA CORPORATION, et al., | |
|     Defendants. | |

This matter is before the Court on a discovery hearing held Monday, May 14, 2012. No discovery plan has been in place. Upon review and consideration,

**IT IS ORDERED** that the filing of a stipulated discovery plan and scheduling order in this matter is stayed pending a decision on the Motion to Dismiss (#19).

DATED this 14th day of May, 2012.

                                                  _____
                                                GEORGE FOLEY, JR.
                                                United States Magistrate Judge